RICHARD L. CAWTHORN *v.* DANIEL McDONALD.

APPEAL by the defendant from a judgment of the District Court for the parish of Ouachita, *Boyce,* J.

*McGuire,* for the plaintiff.

*Copley,* for the defendant.

BULLARD, J. This case cannot be distinguished from that of the same plaintiff against Wm. N. T. McDonald, just decided. It relates to the slave *Stephen,* sold at the same time and under the same circumstances.

*Judgment affirmed.*